UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

O

## CIVIL MINUTES - GENERAL                    JS-6

| Case No. | CV 11-9657 CAS (AGRx) | Date | March 5, 2012 |
|---|---|---|---|
| Title | ROBERT GRIFFITH v. CLOUGHERTY PACKING LLC | | |

| Present: The Honorable | CHRISTINA A. SNYDER | |
|---|---|---|
| CATHERINE JEANG | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**          **(In Chambers:) ORDER DISMISSING ACTION WITH PREJUDICE**

## I.     INTRODUCTION

On January 18, 2012, the Court granted defendant's motion to dismiss without prejudice. Dkt. No. 11. The Court granted plaintiff twenty (20) days leave to amend. On February 8, 2012, the Court granted plaintiff's request for an additional twenty (20) days to file an amended complaint. Dkt. No. 13. The Court admonished plaintiff that failure to do so could result in the dismissal of the case with prejudice. Id. As of the date of this order, plaintiff has yet to file and serve an amended complaint. Accordingly, the Court hereby DISMISSES the case WITH PREJUDICE.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |